*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**Floyd O. BRITTING, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7327.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2006.

### ORDER

Order Vacated, See 2006 WL 3358372.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.